**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Petitioner
DIANA ROSA ALONSO MACHADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Diana Rosa Alonso Machado,<br><br>Petitioner,<br><br>v.<br><br>Warden, California City Detention Facility; et al.,<br><br>Respondents. | Case No. 1:26-cv-06142-TLN-CKD<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED PETITION AND MODIFYING BRIEFING SCHEDULE** |

Having considered Petitioner's motion for leave to amend and the proposed First Amended Petition, and good cause appearing, IT IS ORDERED:

1. Petitioner's motion for leave to amend is GRANTED. The Clerk shall file the submitted First Amended Petition as the operative petition, together with its supporting memorandum and Exhibits A and B.

2. The Clerk shall add as Respondents the Field Office Director, San Francisco Field Office, U.S. Immigration and Customs Enforcement; Director, U.S. Immigration and Customs Enforcement; Secretary, U.S. Department of Homeland Security; and Attorney General of the United States, in their official capacities. The Warden remains a Respondent.

3. The October 7, 2026 deadline to reply to the opposition to the original petition is VACATED. The following schedule replaces that deadline.

4. Within fourteen days after entry of this Order, Respondents shall respond to the First

Amended Petition and its supporting memorandum. The response shall identify the statutory basis for detention and include the relevant immigration, custody, and criminal-disposition records relied upon.

5. Petitioner may file a reply within seven days after service of the response.

6. Petitioner shall promptly serve the amended petition, supporting materials, and this Order on the added federal Respondents in accordance with applicable service requirements. The Clerk shall also serve this Order on the United States Attorney's Office through the Court's electronic filing system.

7. The August 5, 2026 order prohibiting transfer outside this District remains in effect.

IT IS SO ORDERED.

Dated: October 8, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE